IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**KENNETH R. RAINEY**                                                            **PLAINTIFF**

**VS.**                                                         **CIVIL ACTION NO.: 3:06CV169WA**

**MIKE MITCHELL, Chief Deputy, Lauderdale
County Sheriff Dept.; LINDA HOLMAN,
Director of Constituent Services; CHRISTOPHER
B. EPPS, MDOC Commissioner and HALEY
BARBOUR, Governor of Mississippi**                    **DEFENDANTS**

## ORDER

This matter came before the court on review of a letter written by the Plaintiff on January 19, 2007, in which he informed the court that he is having difficulty in serving process in this matter because he cannot obtain copies of his Complaint to serve with the summons. The court will construe this letter as a Motion for Additional Time to Serve Process, pursuant to Fed. R. Civ. P. 4(m). Given that the Plaintiff is incarcerated, the court finds that the explanation given in his letter is good cause to extend the period within which he must serve process.

IT IS, THEREFORE, ORDERED that the Plaintiff's Motion for Additional Time to Serve Process is hereby **granted**, and the Plaintiff has until June 1, 2007, within which to serve process in this matter.

IT IS SO ORDERED, this the 1st day of March, 2007.

                                                           S/Linda R. Anderson
                                          UNITED STATES MAGISTRATE JUDGE